UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAUER INCORPORATED,
d/b/a Sauer Southeast,
      Plaintiff,

-vs-                                  Case No. 6:05-cv-462-Orl-28KRS

KELLOGG BROWN & ROOT, INC.,
KELLOGG BROWN & ROOT SERVICES, INC.,
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY,
      Defendants.

## ORDER

This case is before the Court on Motion to Dismiss and/or Strike Plaintiff's Claims for Attorney's Fees (Doc. No. 20). The United States Magistrate Judge has submitted a report recommending that the motion be granted in part, denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 4, 2005 (Doc. No. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Dismiss and/or Strike Plaintiff's Claims for Attorney's Fees (Doc. No. 20) is **GRANTED** to the extent the claims for attorney's fees in Counts IV and V of the Complaint are **DISMISSED**. The Motion is **DENIED** in all other respects.

3.  Plaintiff may file and serve an Amended Complaint on or before December 23, 2005.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of December, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party